IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:05-cr-0225 |
| DARYL ANTIONE STARKS, | ) ) | Chief Judge Haynes |
| Defendant. | ) ) | |

**ORDER**

A revocation hearing is set in this action for **Monday, January 28, 2013 at 4:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the 26th day of December, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court